UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-1 Jamilie Ledesma
D-2 Jason Ledesma
D-5 Curtis Wood
D-6 Kevin Wood
D-9 Jerome Bray
D-10 Deviunda Morris
D-11 Michael Reynolds
D-13 Oscar Octavio Gomez-Medina
D-14 Darius Barnes,
        Defendants.

Case No. 19-cr-20216
Honorable Victoria A. Roberts

---

**Preliminary Order of Forfeiture**

---

Based upon the guilty pleas of the following defendants: D-1 Jamilie Ledesma, D-2 Jason Ledesma, D-5 Curtis Wood, D-6 Kevin Wood, D-9 Jerome Bray, D-10 Deviunda Morris, D-11 Michael Reynolds, D-13 Oscar Octavio Gomez-Medina and D-14 Darius Barnes (collectively, the "defendants"), the government's application for entry of Preliminary Order of Forfeiture, the information contained in the record, and pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 924(d), both made applicable by 28 U.S.C. §

2461(c), and Rule 32.2 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The defendants shall forfeit the following property to the United States:

    a) Two Hundred Twenty-Five Thousand Twenty Dollars ($225,020) in U.S. Currency seized on July 24, 2017, of which $10,000 was seized from Curtis Wood and the remainder from 3960 14th St, Ecorse, Michigan;
    b) [Intentionally Left Blank];
    c) [Intentionally Left Blank];
    d) [Intentionally Left Blank];
    e) Three Thousand Six Hundred Dollars ($3,600.00) in U.S. Currency seized on March 8, 2018 from Jhamin Ledesma at 5150 Scotten, Detroit, Michigan;
    f) One (1) Glock Handgun, S/N: PUH441 seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;
    g) One (1) Smith & Wesson SD9 VE pistol, S/N: HED9262 seized on March 8, 2018 from 5143 Scotten, Detroit, Michigan;
    h) One (1) 7.62x39mm caliber rifle, make & model: unknown, S/N: N9286, seized on March 8, 2018 from 4329 Springwells, Detroit, Michigan;
    i) One (1) H&K 9mm pistol, S/N: 224-129667, with magazine seized on March 8, 2018 from 4329 Springwells, Detroit, Michigan;
    j) One (1) Smith & Wesson MP40C handgun S/N- HWD7315 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
    k) One (1) Smith & Wesson SW40VE handgun, S/N- PBU9678 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
    l) One (1) Smith & Wesson M&P Shield 9 mm handgun, S/N- HLW1896 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
    m) One (1) Beretta 9mm pistol, Model 92FS, S/N- BER391563 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
    n) One (1) Taurus .357 Magnum revolver, S/N- RF656389 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;

o) One (1) Sig Sauer P220 handgun, S/N- G187399 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
p) One (1) Ruger .45 caliber pistol, model: P90, S/N: obliterated, with magazine seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
q) One (1) Maverick 12-gauge shotgun, S/N- MV33517F seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
r) One (1) CMMG MK4 5.56 rifle, S/N- SCM-111720 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
s) One (1) Norinco 7.62x39mm caliber rifle, model: MAK-90 Sporter, S/N: 94149240, with laser sight and extended magazine seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
t) One (1) Century Arms .308 rifle, S/N- C56045 seized on March 8, 2018 from 273 Harmon, Detroit, Michigan;
u) One (1) Norinco SKS 7.62 X 39mm rifle, S/N: 1207727D seized on July 24, 2017 at 2147 Ethel, Detroit, Michigan;
v) One (1) Remington shotgun automaster Model 878 S/N 11964L seized on March 27, 2018 at 19968 Schaefer Road, Detroit, Michigan;
w) One (1) Marlin 30/30 Model 30AW S/N 08010256 seized on March 27, 2018 at 19968 Schaefer Road, Detroit, Michigan;
x) One (1) Visa credit card 4808017016047698 in name of Julio Cirilo seized on March 8, 2018 at 5143 Scotten, Detroit, Michigan;
y) (Nine 9) 9mm rounds seized on March 8, 2018 at 5143 Scotten, Detroit, Michigan;
z) Thirteen (13) 9mm rounds seized on March 8, 2018 at 5143 Scotten, Detroit, Michigan;
aa) One (1) Shoulder Holster seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;
bb) One (1) Round Ammunition .38 seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;
cc) Eleven (11) Rounds of Ammunition seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;
dd) One (1) Magazine seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;
ee) Miscellaneous Firearm Parts seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan;

| | |
|---|---|
| ff) | One (1) Box Federal Ammunition and (1) 9mm Round seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| gg) | Twenty-six (26) Rounds Miscellaneous Ammunition seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| hh) | One (1) Glock gun case seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| ii) | One (1) Heckler and Koch Gun Case seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| jj) | One (1) Black Holster seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| kk) | One (1) Magazine seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| ll) | Eleven (11) 9mm rounds seized on March 8, 2018 from 4033 Ash Street, Inkster, Michigan; |
| mm) | Two (2) black .40 magazines seized on March 8, 2018 from 5150 Scotten, Inkster, Michigan; |
| nn) | Twenty (20) rounds .40 seized on March 8, 2018 from 5150 Scotten, Inkster, Michigan; |
| oo) | Twenty-five (25) 9mm rounds seized on March 8, 2018 from 4329 Springwells, Inkster, Michigan; |
| pp) | Two (2) 9mm round magazines seized on March 8, 2018 from 4329 Springwells, Inkster, Michigan; |
| qq) | Twelve (12) 9mm rounds seized on March 8, 2018 from 4329 Springwells, Inkster, Michigan; |
| rr) | Eight (8) 9mm rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| ss) | Ten (10) .40 cal rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| tt) | Fifteen (15) 9mm rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| uu) | Six (6) .45 rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| vv) | Five (5) shotgun shells seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| ww) | Twenty-nine (29) .223 rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| xx) | Twenty-nine (29) 7.62 rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |
| yy) | Twenty (20) Winchester .308 rounds seized on March 8, 2018 from 273 Harmon, Detroit, Michigan; |

zz) Six (6) .380 rounds seized on September 7, 2017 from 5117 Springwells, Detroit, Michigan;

aaa) Ten (10) .40 cal rounds seized on September 13, 2017 from 27301 Carlyle, Inkster, Michigan;

bbb) One (1).40 magazine seized on September 13, 2017 from 27301 Carlyle, Inkster, Michigan;

ccc) One (1) Iberia Firearms .40 caliber pistol, model: JCP, S/N: X7191967 seized on September 13, 2017 from 27301 Carlyle, Inkster, Michigan;

ddd) Seventy-seven (77) .223 rounds seized on September 7, 2017 from 5000 Heather # L105, Dearborn, Michigan;

eee) One (1) Diamondback DB15 .223 rifle S/N DB1548633 with two (2) magazines seized on September 7, 2017 from 5000 Heather # L105, Dearborn, Michigan;

fff) Fourteen (14) 9mm rounds seized on September 7, 2017 from 5000 Heather # L105, Dearborn, Michigan;

ggg) One (1) Glock 26 9mm pistol S/N ZVD181 with one (1) magazine seized on September 7, 2017 from 5000 Heather # L105, Dearborn, Michigan;

hhh) [Intentionally Left Blank];

iii) [Intentionally Left Blank];

jjj) (17) rounds of 9 mm ammunition seized from Oscar Gomez on July 24, 2017 incidental to a traffic stop;

kkk) One (1) Smith & Wesson 9mm caliber pistol, model: M&P 9 M2.0, S/N: NAW2391, with magazine seized from Oscar Gomez on July 24, 2017 incidental to a traffic stop;

lll) Two (2) black magazines for 7.62 x 39 seized on July 24, 2017 from 2147 Ethel, Detroit, Michigan;

mmm) Ten (10) rounds of 7.62x39mm seized on July 24, 2017 from 2147 Ethel, Detroit, Michigan;

nnn) Four (4) rounds, one (1) spent round seized on June 6, 2017 from 13560 Dolphin, Detroit, Michigan;

ooo) $1,429.00 U.S. currency seized from the person of Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan;

ppp) $168,230.00 U.S. currency seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan;

5

| | |
|---|---|
| qqq) | Twenty-Nine Thousand Dollars ($29,000) in U.S. Currency seized on September 7, 2017 from Michael Reynolds near 3949 Lonyo St., Detroit, Michigan; |
| rrr) | Fifteen (15) rounds of 9mm caliber ammunition seized on September 7, 2017 from Michael Reynolds near 3949 Lonyo St., Detroit, Michigan; |
| sss) | One (1) Glock GMBH 9mm caliber pistol, model: 19, S/N: BADH601, with magazine, seized on September 7, 2017 from Michael Reynolds near 3949 Lonyo St., Detroit, Michigan; |
| ttt) | One (1) High-Point .45 caliber pistol, model: JHP, S/N: obliterated, seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan; |
| uuu) | One (1) .45 caliber magazine seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan; |
| vvv) | Four (4) rounds of .45 caliber ammunition seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan; |
| www) | One (1) black case containing one (1) magazine seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan; |
| xxx) | One (1) box of miscellaneous ammunition seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan (1B85); and |
| yyy) | One (1) box of miscellaneous ammunition seized from Francisco Martinez-Garcia on September 7, 2017 at 5117 Springwells, Detroit, Michigan (1B92) |

("Subject Property").

2.  The Subject Property **IS HEREBY FORFEITED** to the United States under 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 924(d), both made applicable by 28 U.S.C. § 2461(c) for disposition according to law, and any right, title and interest of the defendants, and any right, title and interest that

their heirs, successors or assigns have, or may have, in the Subject Property is **HEREBY AND FOREVER EXTINGUISHED**.

3. The Subject Property has a sufficient nexus to the offense of conviction and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 924(d), both made applicable by 28 U.S.C. § 2461(c).

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendants upon entry and the forfeiture shall be made part of each of the defendants' sentences and included in their Judgments.

5. Upon entry of this Order, the United States, its designee, the Federal Bureau of Investigation, and/or the United States Marshals Service are authorized, pursuant to Fed. R. Crim. P. 32.2(b)(2) and (3), to conduct any discovery that the Court considers proper to help identify, locate, or dispose of any property seized, and the United States is authorized to begin proceedings consistent with applicable statutory requirements pertaining to ancillary hearings and the rights of any third parties.

6. Pursuant to 21 U.S.C. § 853(n), Fed. R. Crim. P. 32.2, and other applicable rules, the United States shall publish notice of this Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property on www.forfeiture.gov, for at least thirty consecutive days. The United States may

also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the Subject Property. The aforementioned notice shall direct that any person, other than the defendants, asserting a legal interest in the Subject Property must file a petition with the Court within thirty (30) days of the final date of publication of notice or within thirty (30) days of receipt of actual notice, whichever is earlier. The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the Subject Property. Any petition filed by a third-party asserting an interest in the Subject Property must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's alleged right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, any additional facts supporting the petitioner's claim, and the relief sought.

  7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on any ancillary petition, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues in the ancillary proceeding.

8.  If no third-party files a timely petition before the expiration of the period provided in 21 U.S.C. § 853(n)(2), then this Preliminary Order of Forfeiture shall become the Final Order of Forfeiture and the United States shall have clear title to the Subject Property as provided in 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2); further, the United States shall be authorized to dispose of the Subject Property as prescribed by law.

9.  If a third-party files a timely petition for ancillary hearing regarding the Subject Property, the Court shall enter a final order of forfeiture by amending this Preliminary Order of Forfeiture as necessary to account for any third-party rights as provided under Fed. R. Crim. P. 32.2(c)(2).

10. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

Dated: 9/19/2022

s/ Victoria A. Roberts
Honorable Victoria A. Roberts
United States District Judge